Lewis M. Alpern, both of Pittsburgh, Pa., for appellee. Before BUFFING-TON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. After argument, and on due consideration had, the order of the court below of December 27, 1921, granting an injunction and appointing a receiver, is reversed, with costs, and it is directed that the mandate be sent down forthwith.

---

PAYNE, Agent, etc., v. LEE LIGHT & POWER CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 16, 1922.) No. 5780. Appeal from the District Court of the United States for the Southern District of Iowa. D. W. Eigbee, of Creston, Iowa, and H. J. Nelson and J. G. Trimble, both of St. Joseph, Mo., for appellant. George E. Brammer, Marion B. Seevers, W. B. Hurlburt, and Fred W. Lehmann, Jr., all of Des Moines, Iowa, and Edwin S. S. Sunderland, of New York City, for appellees.

PER CURIAM. Appeal dismissed, with costs, pursuant to stipulation.

---

PENN–KANSAS SYNDICATE v. EUREKA OIL CO. (Circuit Court of Appeals, Eighth Circuit. March 21, 1922.) No. 6015. Appeal from the District Court of the United States for the District of Kansas. Chester I. Long, Joseph D. Houston, Austin M. Cowan, Claude I. Depew, Forest D. Siefkin, and James G. Norton, all of Wichita, Kan., for appellant. L. P. Brooks, of Wichita, Kan., for appellee. See, also, 279 Fed. 1017.

PER CURIAM. Appeal dismissed, with prejudice, at costs of appellant, pursuant to stipulation.

---

ST. LOUIS SOUTHWESTERN RY. CO. v. CLARENDON LEVEE DIST. (Circuit Court of Appeals, Eighth Circuit. April 8, 1922.) No. 5906. Appeal from the District Court of the United States for the Eastern District of Arkansas. Daniel Upthegrove, of St. Louis, Mo., and Charles D. Frierson, of Jonesboro, Ark., for appellant. W. E. Hemingway, G. B. Rose, D. H. Cantrell, J. F. Loughborough, and A. W. Dobyns, all of Little Rock, Ark., for appellee.

PER CURIAM. Decree by consent, modifying decree of District Court, at costs of appellant, etc.

---

SUTTON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 6, 1921.) No. 5889. In Error to the District Court of the United States for the Eastern District of Arkansas. M. E. Dunaway and E. L. Mc-Haney, both of Little Rock, Ark., for plaintiff in error. June P. Wooten, U. S. Atty., of Little Rock, Ark. See, also, 279 Fed. 1022.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.

---

SUTTON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 6, 1921.) No. 5890. In Error to the District Court of the United States for the Eastern District of Arkansas. M. E. Dunaway and E. L. Mc-Haney, both of Little Rock, Ark., for plaintiff in error. June P. Wooten, U. S. Atty., of Little Rock, Ark. See, also, 279 Fed. 1022.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.

---

UNION OIL CO. OF WICHITA v. EVANS–THWING REFINING CO. (Circuit Court of Appeals, Eighth Circuit. January 10, 1922.) No. 5932. In Error to the District Court of the United States for the Western District of